IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No.: 1-22-cv-2852 ) |
| HARBORTOWN INDUSTRIES, INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES Plaintiff, HARTFORD ACCIDENT AND INDEMNITY COMPANY, by its attorney, Ashley L. Conaghan of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as the Defendant has not served an answer or a motion for summary judgment, dismisses this action in its entirety without prejudice with each party to bear its own costs and respective attorney's fees.

Respectfully submitted,

HARTFORD ACCIDENT AND INDEMNITY COMPANY

By: /s/ Ashley L. Conaghan
One of Its Attorneys

Ashley L. Conaghan (6303052) - ashley.conaghan@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
(312) 704-0550; (312) 704-1522 (fax)

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 31, 2022, I electronically filed Plaintiff's Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: /s/Ashley L. Conaghan
                   One of the Attorneys for Hartford Accident
                   and Indemnity Company

Ashley L. Conaghan (6303052) - ashley.conaghan@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
(312) 704-0550; (312) 704-1522 (fax)